# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **PATRICK GUILLORY JR. #587254** | CIVIL ACTION NO. 6:18-cv-1593 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| DARRL VONNOY | MAG. JUDGE PATRICK J. HANNA |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the instant action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

MONROE, LOUISIANA, this 7th day of March, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE